FILED
JUN -4 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 JUN -4  AM 10: 15

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ARACELI ULLOA-LOPEZ (1),

          Defendant.

CASE NO. 12CR1391-IEG

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii) and (v)(II)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 24, 2012

Bernard G. Skomal
U.S. Magistrate Judge